

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2017

No. 04-17-00307-CR

Jerry **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-01-0032-CRA
Honorable Stella Saxon, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 8, 2017. **Further requests for extension of time will be disfavored.**

_Irene Rios_
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court